FILED
SEP 1 1 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No: |
| MICHAEL BARNEY, a/k/a "KILLER", and RODNEY FRANKS, | ) ) **4:13CR360 HEA/TCM** ) ) |
| Defendants. | |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about August 6, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**MICHAEL BARNEY, a/k/a "KILLER",**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The Grand Jury further charges that:

On or about August 6, 2013, in the City of St. Louis, within the Eastern District of Missouri,

1

**RODNEY FRANKS,**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____

CRISTIAN M. STEVENS, #48028MO
Assistant United States Attorney